UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HAROLD J. SMITH and PAMELA SMITH,
Husband and Wife,

                                                                             JUDGMENT

                           Plaintiffs,                             21-cv-06334-BMC

    v.

VISIONS HOTELS, LLC d/b/a HOLIDAY INN
FINGER LAKES REGION, and AUBURN
HOTEL VENTURES LLC,

                           Defendants.
-----------------------------------------------------------------X

       An Order to Show Cause of the Honorable Brian M. Cogan, United States District Judge, having been filed on November 16, 2021, directing Plaintiff to show cause why this case should not be dismissed for lack of subject matter jurisdiction or transferred by reason of improper venue to the Western District of New York and an Order having been filed on December 22, 2021, dismissing this action for lack of subject matter jurisdiction; it is

       ORDERED and ADJUDGED that this action is dismissed for lack of subject matter jurisdiction.

Dated: Brooklyn, New York                                        Douglas C. Palmer
       December 22, 2021                                       Clerk of Court

                                                             By:    */s/Jalitza Poveda*
                                                                      Deputy Clerk